1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2      Including Professional Corporations
   GREGORY F. HURLEY, Cal. Bar No. 126791
3  650 Town Center Drive, 4th Floor
   Costa Mesa, California 92626-1993
4  Telephone:  714.513.5100
   Facsimile:  714.513.5130
5  E mail      ghurley@sheppardmullin.com

6  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
7      Including Professional Corporations
   HAYLEY S. GRUNVALD, Cal. Bar No. 227909
8  hgrunvald@sheppardmullin.com
   12275 El Camino Real, Suite 200
9  San Diego, CA 92130-2006
   Telephone: 858.720.8900
10 Facsimile: 858.509.3691

11 Attorneys for Defendant
   HOME DEPOT U.S.A., INC.
12

13              UNITED STATES DISTRICT COURT

14         CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

15

| | |
|---|---|
| 16  ARNIE PIKE and MARILYNN PIKE, individuals; | Case No. |
| 17          Plaintiffs, | Orange County Superior Court Case No. 30-2017-00954132-CU-CR-CJC |
| 18      v. | |
| 19  HOME DEPOT U.S.A., Inc., a California corporation; | **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)** (Federal Question) |
| 20 | |
| 21          Defendant. | |
| 22 | |
| 23 | |
| 24 | Action Filed: November 6, 2017<br>Trial Date:   None Set |

25
26
27
28

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE** that defendant Home Depot U.S.A., Inc. ("Defendant") hereby removes to this Court the state-court action described below:

## I. FILING AND SERVICE OF THE COMPLAINT.

1. On November 6, 2017, plaintiffs Arnie Pike and Marilynn Pike (hereinafter "Plaintiffs") commenced an action against the Defendant in the Superior Court of the State of California for the County of Orange, Case Number 30-2017-00954132-CU-CR-CJC, by filing a Complaint entitled ***"Arnie Pike and Marilynn Pike, individuals vs. Home Depot U.S.A., Inc., a corporation."***

2. Defendant was served with a copy of the Complaint on November 15, 2017. A true and correct copy of the Complaint and all documents served on Defendant is attached hereto as Exhibit "A". Defendant has not yet responded to the Complaint.

## II. THIS COURT HAS FEDERAL QUESTION JURISDICTION.

3. This action is a civil action for which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and is one which may be removed pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1443, in that it appears from the Complaint that Plaintiffs have filed a civil rights action and their claims are founded on a claim or right arising under the laws of the United States.

4. More specifically, the Complaint alleges that it is a civil rights action alleging discrimination claims under the Americans with Disabilities Act, 42 U.S.C. § 12101 et seq. (Complaint ¶¶ 28-31).

## III. THIS NOTICE OF REMOVAL IS TIMELY AND PROPERLY FILED.

5. The filing of this Notice of Removal is filed within the time period required under 28 U.S.C. § 1446(b).

6. The Defendant will give written notice of the filing of this Notice of Removal to all adverse parties as required by 28 U.S.C. § 1446(d) and will file a

1  copy of this Notice of Removal within the law division of the Superior Court of
2  California, County of Orange, as further required by that section.
3      7.    Venue is proper in this Court because the action is being removed from
4  the Superior Court in the County of Orange.
5      8.    The undersigned counsel for the Defendant has read the foregoing and
6  signs the Notice of Removal pursuant to Rule 11 of the Federal Rules of Civil
7  Procedure, as required by 28 U.S.C. § 1446(a).
8      WHEREFORE, the Defendant prays that the above action now pending
9  against them in the Superior Court of the County of Orange be removed to this
10 Court.

12 Dated:  December 5, 2017

13                  SHEPPARD, MULLIN, RICHTER & HAMPTON
14                  LLP

16             By        /s/ Gregory F. Hurley
17                      GREGORY F. HURLEY

18                  Attorneys for Defendant
19                  HOME DEPOT U.S.A., INC.