JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| ARNIE PIKE and MARILYNN PIKE, individuals;<br><br>Plaintiffs,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a California corporation.<br><br>Defendant. | Case No.: **8:17-cv-02128-DOC-KES**<br><br>*Hon. David O. Carter*<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE AND RETENTION OF JURISDICTION [16]** |

1  Pursuant to the Parties' Joint Stipulation for Dismissal with Prejudice and
2  Request for Retention of Jurisdiction and good cause appearing therefor, IT IS
3  HEREBY ORDERED that this Action is dismissed with prejudice and the Court shall
4  retain jurisdiction over this Action for a period of three (3) years for the sole purpose
5  of enforcement of the Parties' settlement agreement.

DATED: December 26, 2018        */s/ David O. Carter*
                                HON. DAVID O. CARTER
                                UNITED STATES DISTRICT JUDGE